## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DERRICK J. MARTIN, JR. | ) | Case No. 18-14487-KHT |
| SSN: XX-XXX-1032 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

### *EX PARTE* MOTION FOR ORDER
### AUTHORIZING RULE 2004 EXAMINATION OF KELLI BUFORD

David V. Wadsworth, Chapter 7 trustee ("Movant" or "Trustee"), by and through his attorneys Spencer Fane LLP, and pursuant to Federal Rules of Bankruptcy Procedure Rule 2004 and Local Bankruptcy Rule 2004-1, hereby moves this Court *ex parte* for entry of an order authorizing him to issue a subpoena *duces tecum* to Kelli Buford to compel the production of certain documents in her possession, custody, and control. In support of this Motion, Movant respectfully states as follows:

1. The Debtor, Derrick J. Martin, Jr. ("Debtor"), filed for relief under Chapter 7 of the Bankruptcy Code on May 23, 2018. David V. Wadsworth is the duly appointed Chapter 7 Trustee in the Debtor's case. Kelli Buford ("Kelli") is the Debtor's sister.

3. The Trustee is informed and believes that Debtor may have omitted significant assets from his Schedules and Statement of Financial Affairs [Dkt No. 1]. In particular, the Trustee is informed that the Debtor may have made transfers to Kelli prepetition which transfer(s) the Debtor did not disclose on his Schedules.

4. The Trustee is investigating, and will pursue where appropriate, potential claims under 11 U.S.C. §§ 541 through 551. The documents that will be requested from Kelli, including but not limited to documents evidencing transfers between the Debtor and Kelli, are necessary to allow the Trustee to adequately investigate the financial affairs of the Debtor.

5. The information sought relates to estate administration and is within the scope of Fed. R. Bankr. P. 2004.

6. Upon the granting of this Motion, the Trustee will serve a subpoena *duces tecum* upon Kelli to compel the production of documents evidencing transfers between her and the Debtor and other related documents, as reflected on the attached Exhibit A.

{00353169:}

WHEREFORE, the Trustee respectfully requests this Court enter an order, a proposed form is attached hereto, granting the relief requested herein and granting such further and additional relief as the Court deems just.

DATED: August 6, 2018

Respectfully submitted,

SPENCER FANE LLP

By: /s David M. Miller
David M. Miller, #17915
Nicole M. Detweiler, #49539
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
E-mail: dmiller@spencerfane.com
ndetweiler@spencerfane.com

ATTORNEYS FOR DAVID V. WADSWORTH, TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 6, 2018, a copy of the foregoing ***EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF KELLI BUFORD*** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. at the following addresses:

Kelli Buford
1847 N. Market Street
Saint Louis, MO 63106

Derrick J. Martin, Jr.
23593 E. Chenengo Place
Aurora, CO 80016-5955

Dustin J. Klein
1827 Federal Blvd.
Denver, CO 80204

Lawrence R. Hill
12835 E. Arapahoe Road
Tower I, Suite 200
Centennial, CO 80112

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961

By: */s Pamela Thede*
     for Spencer Fane LLP