## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DERRICK J. MARTIN, JR. | ) | Case No. 18-14487-KHT |
| SSN: XX-XXX-1032 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATION
## OF KELLI BUFORD

Upon consideration of the *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Kelli Buford, filed by David V. Wadsworth, Chapter 7 trustee (the "Motion"), the Court having considered the Motion and good cause being shown therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Movant may compel the production of documents from Kelli Buford pursuant to Fed.R.Bankr. 2004(c).

Dated: _____

BY THE COURT:

_____
The Hon. Kimberley H. Tyson
United States Bankruptcy Court Judge

DN 3167329.1