## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DERRICK J. MARTIN, JR. | ) | Case No. 18-14487-KHT |
| SSN: XX-XXX-1032 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## TRUSTEE'S SECOND STIPULATED AND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR

David V. Wadsworth, chapter 7 trustee, and the Debtor Derrick J. Martin, Jr., by and through their undersigned counsel, for their Second Stipulated Unopposed Motion to Extend Deadline To File Complaint Objecting To Discharge of The Debtor, state as follows:

1. Derrick J. Martin, Jr. ("**Debtor**") filed a voluntary petition under chapter 7 on May 23, 2018 ("Petition Date").

2. David V. Wadsworth is the duly qualified and acting trustee ("**Trustee**") of the debtor's chapter 7 bankruptcy estate ("**Estate**").

3. The Debtor's initial 11 U.S.C. § 341 Meeting of Creditors occurred on June 27, 2018, and was continued to and concluded on July 9, 2018.

4. The present deadline for parties in interest to file a Complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 is October 26, 2018 (having been extended previously from August 27, 2018) ("**Discharge Complaint Deadline**").

5. The Debtor, a former NFL football player who earned millions of dollars over the course of his professional football career, has formed and operated several Colorado limited liability companies since 2013. He has also engaged in the transfer of several assets either held in his name or in the referenced limited liability companies prior to the Petition Date. Many of those limited liability companies commence with the words and moniker "Two Rings", signifying the Debtor's two Super Bowl rings the Debtor earned while playing in the NFL.

6. On August 1, 2018, the Trustee filed his Motion for Turnover, seeking numerous financial records and physical property in the Debtor's possession which are critical to the Trustee's administration of the estate. The Trustee has also sought similar information from a number of third-parties, via Fed.R.Bankr.P. 2004.

7. The Debtor initially objected to the Motion for Turnover ("**Turnover Motion**"). Thereafter, the parties entered into a Stipulation whereby the Debtor withdrew his Objection to the Turnover Motion and agreed to comply with its terms by September 28, 2018.

8. The Debtor provided some documents in connection with the Turnover Motion ("**Response**"), but failed to verify his Response and provide numerous documents which were the subject of the Turnover Motion. The Debtor and the Trustee are attempting to work through those issues and provide the Debtor an opportunity supplement his Response prior to seeking further Court relief.

9. To that end, the parties have agreed that the Debtor will supplement and verify the Response to the Motion for Turnover by November 9, 2018. Given this situation, the Trustee requires additional time to obtain, review and evaluate the financial records which he expects the Debtor to produce. This possible course of action was referenced in the Trustee's original Unopposed Motion to Extend Time to Object to Discharge (see, ¶10, Unopposed Motion).

10. Predicated on these facts, the Debtor and the Trustee hereby stipulate and agree that the Discharge Complaint Deadline for the Trustee and the Office of the United States Trustee, shall be further extended through and including December 1, 2018. The Trustee requests the Court enter an Order approving of this Stipulated Motion without the need for notice, as the Debtor has agreed to this extension, and no other party will be prejudiced by granting the parties the requested relief.

WHEREFORE, the chapter 7 trustee respectfully request this Court enter an order, a proposed form of which is attached hereto, granting the relief requested herein, further extending for the Trustee and the Office of the United States Trustee the Discharge Complaint Deadline from October 26, 2018 to December 1, 2018, and granting such further and additional relief as the Court deems just and proper.

Dated: October 24, 2018

SPENCER FANE LLP

By: */s/ David M. Miller*
David M. Miller, #17915
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
e-mail: dmiller@spencerfane.com

ATTORNEYS FOR DAVID V. WADSWORTH, TRUSTEE

ALLSTATE LAW CENTER

By: */s/ Lawrence R. Hill*
Lawrence R. Hill, #17447
12835 East Arapahoe Road,
Tower I - Suite 200
Centennial CO 80112
Ph. (720) 500-3333
e-mail: lawrenceh@allstatelawcenter.com

ATTORNEYS FOR DEBTOR

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2018, I served by prepaid first class mail a copy of the **TRUSTEE'S SECOND STIPULATED AND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR** and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961

Derrick J. Martin, Jr.
23593 E. Chenengo Place
Aurora, CO 80016-5955

Lawrence R. Hill, Esq.
12835 E. Arapahoe Road
Tower I, Suite 200
Centennial, CO 80112

Dustin J. Klein
1827 Federal Blvd.
Denver, CO 80204

                                                *s/ Nancy L. Schacht*
                                                Nancy L. Schacht